ACCEPTED
01-15-00060-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 1:13:37 PM
CHRISTOPHER PRINE
CLERK

.No. 01-15-00060 – CV

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
5/18/2015 1:13:37 PM
CHRISTOPHER A. PRINE
Clerk

# In The Court Of Appeals
# First District Houston Texas

Daryl Barnes and Demeatrice Goff
*Appellants,*
**V**
Kevin Fulton And National Housing Development Corporation
*Appellees*

*From The 129th Judicial District Court*
*Harris County, Texas*
*Case No.2012-34954*

RESUBMISSION OF
MOTION REQUESTING DEFENDANT NATIONAL HOUSING
DEVELOPMENT CORPORATION OBTAIN COUNSEL

NOW COMES, Daryl Barnes Demeatrice Goff hereinafter referred to as appelant, pursuant to *Rule 12 Tex. R. Civ. P. 12; see also Boudreau v. Fed. Trust Bank, 115 S.W.3d 740, 741 (Tex. App.-Dallas 2003, pet. denied)*and rule 10 of the Tex.R.APP .P  moves the court to direct  National Housing Development Corporation  obtain counsel with signature binding authority.

*INTRODUCTION*

On June 15th 2012 petitioners Daryl Barnes and Demeatrice Goff filed a cause of action against National Housing Development Corporation.

National Housing Development Corporation was duly served and cited on June 26th 2012 at 12:13 p.m. Instead of allowing the judicial process to adjudicate the petitioners cause of action and claims ,the Defendants

National Housing Development Corporation along with listed general counsel for National Housing Development Corporation Phillip Lee senior counsel of Fulbright & Jaworski and general counsel of National Housing Development Corporation engaged in a a pattern of abuse harassment, provocation with the intent of thwarting the legal process itself.

Despite the obdurate intervening conduct, necessitating further Court formal involvement, and having Plaintiff's Counsel subjected to threats of death simply for having the audacity to exercise a constitutional right. *Defendants Counsel Kevin Fulton as well as agents operating under the guise of Kevin Fulton has further shown* blatant disregard for the court process itself. Respondents National Housing Development Corporation disregard for the petitioners rights, has been nothing short of purposefully obstructionist, illegal and criminal. During the entire legal process, through hollow and predictable intellectual contrivances the respondents and their attorneys used illegal and unethical means to thwart the petitioners right to due process as prescribed by law
*Unfortunately the type of conduct exhibited by Respondents N.H.D.C has become the norm for defense attorneys in civil rights cases in this climate, but, in this case, the conduct went even farther and, morphed into behavior that was criminal in nature.*

Defendants Counsel Kevin Fulton, petitioners submits, have shown their contempt for the  court process with the absolutely unresponsive answer to the Interrogatories and deemed admissions that the law requires.
Defendants Counsel Kevin Fulton, petitioners submits, have shown their contempt for the court process with the absolutely shameless way he abuses power he has garnered as an officer of the court to deny the petitioners redress in the courts.
Petitioners as per Tex.R.Civ. 12 has requested of Mr.Fulton that he produce his bona fides and credentials in the way of signature binding authority as attorney representing National Housing Development Corporation.

There is no logical reason for Mr.Fulton to resist producing signature binding authority outside of *arrogance at the temerity of pro se counsel request notwithstanding, and outright guilt not to mention Misrepresentation which is one of the stated allegations against the defendant Kevin Fulton. See Petitioners Original Sworn Petition exhibit….*

Petitioners have stated that they have on information that Kevin Fulton lacks signature binding authority, if this is not the case then Mr. Fulton should have no issue with producing such authority as it would put the issue to rest. Not to mention depriving the petitioners of one of their central allegations

In response to petitioners third  motion to compel attorney KevinFulton produced as evidence a sworn document to the honorable court by Carrie Clark regional manager for National Housing Development Corporation, this document has not been certified by the attorney and appears nowhere in the court docket……

On June 15th 2012 petitioners Daryl Barnes and Demeatrice Goff filed a cause of action against National Housing Development Corporation. National Housing Development Corporation was duly served and cited on June 26th 2012 at 12:13 p.m. **see exhibit N** Claiming conspiracy harassment …. Instead of allowing the judicial process to adjudicate the petitioners cause of action and claims ,the Defendants National Housing Development Corporation along with listed general counsel for National Housing Development Corporation Phillip Lee senior counsel of Fulbright & Jaworski and general counsel of National Housing Development Corporation engaged in a a pattern of abuse harassment, provocation ,assault privacy invasions on a daily basis…….and came to the conclusion early on that had no defense to their actions and that the petitioners cause of action would stand in a court of law.

They then began a plan of deception, that plan being  by all means neceassary to prevent barnes/goff from exercising their right to remedy in the court, their right to due process and all governmental and constitutional guarantees  were willfully egregiously violated sometimes under threat of violence.

Despite the obdurate intervening conduct, necessitating further Court formal involvement, and having Plaintiff's Counsel subjected to threats of death simply for having the audacity to exercise a constitutional right.

*Defendants Counsel Kevin Fulton as well as other….. was nothing but purposefully obstructionist, illegal and criminal.*

During the entire legal process, through hollow and predictable intellectual contrivances the defendants and their attorneys have…….
 Unfortunately that type of conduct has become the norm *for defense attorneys ,* in this case, the conduct go even farther and, morphed into behavior that is  criminal in nature. Defendants and their counsel Counsel Kevin Fulton, petitioners submits, have shown their contempt for the   court process with the absolutely unresponsive answer to the Interrogatories and deemed admissions that the law requires.
Under the circumstances, there is no possible way, in compliance with Rule 11 and general rules, and attorneys' discovery obligations, that Counsel for Defendant could have signed  any answer outside of a general denial   that would not expose the NHDC and their acting agents  to criminal penalty. The Defendants have been wholly uncooperative and disruptive  and shown complete disregard  in allowing discovery to proceed in general, and, in the case of the petitioners cause of action ,contemptuous and criminal.

Here are the issues that Plaintiff  brings to the Court, to compel Defendants to do what they should have done and been doing, and to take the additional measures as directed, for their wholesale obdurate and continuingly vexatious and criminal conduct: The defendents NHDC and Kevin Fulton has shown a complete disregard for the judicial process itself……. Depriving appellants of their right to petition grievances under the 1stAmendment and deprived them of the right to access under the 14th. amendment .

 *A right far to sacred in its character to be frittered away or committed to the uncontrolled caprice of any citizen be they attorneys or not.*


## PETITIONERS WILL NOT INVOLVE THE COURT IN THIS CHARADE

*Pettioners alledge that Kevin Fulton and the Fulton Law office is not and never was authorized representative for National Housing Development Corporation*

The Defendants did not respond to petitioners motion  for bona fides filed in the 129th district court, instead the defendants  introduced an affidavit at bar during the

hearing. This affidavit has not been seen by the petitioners or docketed as evidence in a way that conforms to the strictures of the rules of evidence.

The defendants have stood under Motion to Compel they prove up signature binding authority since the beginning of the cause of action *see exhibit* **A, and A1**.The defendants at a hearing for Motion to produce authority Kevin Fulton introduced a sworn statement affidavit as evidence of his authority to represent National Housing Development Corporation, unfortunately I am unable to offer the affidavit as an exhibit for the Honorable Court because the defendants have never served or filed the affidavit used at the hearing as supporting evidence for their Motion For No Evidence Summary Judgment.

The petitioners have no idea of the contents or statement contained in the affidavit. Search the court records as you may you will not find this document or certification of service by kevin fulton indicating the supporting document was ever served on the petitioners.

The phantom affidavit appears nowhere in the court docket in cause of action No.201234954. The only document the defendants used as support for its dispositive motion for summary judgement has not been filed in violation of the rules of evidence and has not been served upon the petitioners in violation of the rule of procedure so that any attack on the supporting affidavit is impossible.

HOWEVER, THE RULE REQUIRES A HEARING IN ORDER TO ALLOW CROSS-EXAMINATION OF WITNESSES AS TO THE AUTHENTICATION AND SOURCE OF THE DOCUMENTS AND ITS ADMISSIBILITY

WAS THE AFFIDAVIT TESTIMONIAL OR AN BUSINESS RECORDS AFFIDAVIT

HOW ABOUT THE JURAT WAS IT PROPER

WHAT OF ITS SUFFICIENCY

DID IT CONTAIN CONCLUSORY STATEMENTS

IF ON <u>PERSONAL KNOWLEDGE</u> WHOSE <u>PERSONAL KNOWLEDGE</u>

AND WHAT ABOUT PETITIONERS RIGHT TO ATTACK THE VERACITY OF THE STATEMENT ITSELF

THEIR ABILITY TO PRESERVE ERROR

NOT TO MENTION THE ABILITY OF THE FIRST COURT OF APPEALS TO PROPERLY ADJUDICATE THE MATTER BECAUSE THE RECORD WILL BE INCOMPLETE

WE CAN SAFELY ASSUME THAT THE AFFIDAVIT IN QUESTION IS IN SOMEWAY PREJUDICIAL TO THE DEFENDANTS AND PROBABLY MADE IN BAD FAITH

TO WIT THE AFFIDAVIT WAS NOT PROPERLY ADMITTED INTO EVIDENCE AND HAVE NOT BEEN EXAMINED BY THE PETITIONERS

<u>Challenge is to actual authority.</u>

Barnes/Goff challenges Kevin Fulton's and the Fulton Law Firms signature authority, both as to actual authority and as to apparent authority. Appelants contend Actual authority doesn't exist. Actual authority arises where the principal authorizes the agent. *See Cameron County Sav. Ass'n v. Stewart Title Guaranty Co.*, 819 S.W.2d 600, 603 (TX App. – Corpus Christi 1991, writ denied). What petitioners state is that National Housing Development Corporation has not and did not authorize Kevin Fulton Or the Fulton Law Firm. In fact General Counsel for the corporation that is National Housing Development Corporation , Attorney Phillip Lee General Counsel has attempted to mislead the petitioners by stating in the vaguest manner possible as to his actual knowledge as to legal representation by stating in response to an email sent by the petitioners that he lacked direct personal knowledge See email communique **EXHIBIT A3** What petitioners hereby demand that Kevin Fulton and the Fulton Law Office do is establish authorization. Without establishing authorization , no one has signature binding authority. The Record is absolutely silent when it comes to evidence regarding such authorization.

Kevin Fulton , has the burden to prove authorization. Again, where that burden is

presumed and not compelled proved, the burden has been shifted.

Further grounds exist in the evidence the defendants avoid any situation that puts them in the position of violating a court order vis-à-vis authorization . The case was removed to Federal Court on July 2nd, 2013.

On October 4th, 2013 the Honorable Judge Ellis set an Order For conference and Initial Disclosure . In the jugdes order #7 **exhibit B** he demanded that all counsel should be prepared to prove signature binding authority. The defendants answer to this procedural…… dilemma was to not provide signature binding authority by avoiding appearing at the Initial Conference the result being petitioners motion to remand was Granted and the cause of action was promptly remanded back to state court by United States District Judge Honorable Keith P. Ellison .

Even if we were to give Kevin Fulton the benefit of the doubt , the best case scenario would be that Kevin Fulton is representing himself and the National Housing Development Corporation, which in would give rise to an apparent conflict of interest both in appearance and in deed…… formal teachings of the Model Rules Of Professional Conduct aside.

Worse case scenario is that Kevin Fulton has been acting as an unauthorized representative with no signature binding authority witch would prove the allegations as set forth in the petitioners Original Verified Petition **see attached exhibit C** page counts

## Pattterns

It takes the absence of fear to be able to go into the court docket and alter its records at every level of the civil court system seemingly at will. The willingness of the employees of the civil justice system (primarily clerks) to do what an officer of the court ie…opposing attorney tells them to do, seemingly in open defiance of the rule of law or a complete ignorance of it as it pertains to the Texas Rules of Civil Procedure and Harris County Clerks Training Manual

*The Defendants objective was to make sure that the petitioners civil cases arrived at preconceived determinations and took action to arrive at those preconceived determinations. Including using the clerks of court to outright control the filings and pleadings of the petitioners*

## Federal court case filed

1. Appellants filed a section 1983 civil rights case against the city of humble and countryside village consisting of 55 words written in pencil , bearing case No.4;10-cv-1649  it stands without final order as I write this
2. The Original case number was changed without procedure or notice to  4:2011-cv- 00124
3. I was told to file all future filings under the new case number 4:2011-cv-00124 which turned out to be the beginning of fraud against the court as well as the petitioners and the creation of a case meant to mirror the original case that is 4:2011-cv- 00124 .
4. The Clerk's refusal to file paperwork
5. Refusing to give the petitioners a  file stamped copy of filings and pleadings
6. At one point refusing petitioner Barnes entry into the building itself

## Appeal to Fifth Circuit filed

1. Petitioners requested the record on appeal (R.O.A) to assist in writing appellants brief attached as exhibit…….
2. Appellant brief was intercepted thru the mail
3. False record of appeal (disc) attached as **exhibit D** Also on the disc is petitioners email address ……….the defendants know of the existence of this disc and have never requested it in discovery
4. Appellant brief officially mailed by the appellants  in Sept 2010
5. Unpublished Opinion Filed and  entered into the court file on Jan 27th 2012
6. Appellants Brief Received by the court officially on Oct, 5th 2012 the unpublished opinion is entered as if fact but is actually false even though according to the records searc on the internet record    UNPUBLISHED

OPINION FILED enter into the court file on Jan 27th 2012 with a Mandate pull date of 02/17/2012 **Exhibit E**

7. According to the  Fifth Circuit Court Clerk appellants brief  was received on Oct, 5th 2012

8. The order was filed before the court received the appellants brief. ……This is conclusive proof of mail tampering, the attorneys acting in conspiracy with the clerks of the fifth circuit court of appeals in addition proof of fraud by the existence of the fraudulent disk.
9. This disc offers other forensic evidence for example  the disk received by the petitioners also contained in its property dialogue box an index that included the petitioners email address and the order that was eventually filed in the fifth circuit  court of appeals docket a clear action of fraud ,conspiracy,  and abuse of process.
10. First the petitioners(appellants) brief was lost multiple times and refused filing by the clerk
11. Second the unpublished opinion was filed on Jan 27th 2012, 7 months before the court officially received the  petitioners(appellants)
12. After multiple phone calls to Fifth Circuit and its clerks office inquiring about this there was no explanation given.
13. The result of this display of raw political power and influence was a disregard of the rule of law and the petitioners rights leading to a civil case that is largly a complete fraud yet stand as truth by any layman's reading of the record

**County Court #2**
Clerks refusal to file document

Clerks   withheld three sets of documents containing the petitioners Plea to Jurisdiction, Counterclaim and Motion to Dismiss  delivered to be filed by the clerk on three separate occasions starting on…..  and filed all three sets simultaneously after the case was closed  leading to a default in the petitioners appeal of forcible detainer action   **as shown by the court docket Exhibit E**

The clerk under pressure from the petitioners  said "We do what the officer of the court tells us to do"(Kevin Fulton)"

1. Repetitive reissuing the writ of possession
2. Executing a invalid writ of possession
3. Refusing to allow the petitioners to see the writ of possesion
4. Refusing the petitioners the right to remove their property
5. Specifically Demanding that we not take desktop, laptop, digital camera, or filing cabinet
6. Given fifiteen minutes to leave
7. Leading to the loss of petitioners property and legal files
8. Telling plaintiff Goff to stay home on the date of hearing because she was to sign a new lease  creating a default by misdirection and a clerks refusal to file opposing documents exhibits above……

## Judicial District court

1) **The Defendants apparent ability extends to office of Harris County clerk example** Defendants Motion for No Evidence Summary Judgment was set for submission on June 30th 2014 at 8:00 a.m . Petitioner Barnes spoke with the clerk of the court  and was told to disregard the Submission and  Notice Of Hearing  set for June 30th 2014.
2) Defendants submitted documents with the title Notice Of Hearing, instead of Notice Of Submission although the plain language of the document clearly show it as a Notice Of Submission. **Exhibit F**

Defendants  2nd Motion for No Evidence Summary Judgment was set for submission on July 7th ,2014 at 10:30 a.m  as evidenced by defendants Notice Of Submission ( **Exhibit G**

3) ). Apparently this particular setting was actually treated as if it was a Notice Of Oral Hearing on the Defendants Motion for No Evidence Summary Judgment.
4) The Honorable court contacted the petitioners on July 7th,2014 inquiring if I knew of the oral hearing , as petitioners were a no-show for the oral hearing. At that point confusion arose because of  the hearing held on July 7th 2014 ,petitioners would think that it would have to be dismissed as a matter of routine, if not at the very least re-set for lack of Service.

5) The Order signed by the honorable court is the  motion for no evidence summary judgment set for submission that was disregarded   by the petitioners on the direction of the clerk. **Exhibit H**
6) ) Mysteriously The Notice of Submission filed on July 7th was at one point not included in the courts docket

Likewise the defendants ability not only move and remove official pleadings within the courts official docket but to have  apparent ability to insert falsehoods into the courts docket, in the court docket appears the clerks entry of settled, not once but twice  into the courts docket *see*  **Exhibit I** *stating that the case was settled entered into the court's docket on*

7) No such discussion of settlement ever occurred the entry of settled yet in a blatant display of ethical challenge The Defendants lied to the court and created the appearance of settlement in the court docket by inserting into the docket that the case had been settled by both Demeateice Goff and Daryl Barnes  on  August 8th 2013 respectively and August 13th 2013 *see exhibit M*

### The *defendants should not be  allowed to continue this charade*,

Currently in the Court of Appeals Houston First District Houston in the Memorandum and Order *attached as* signed **Exhibit J** by the Honorable Judge Harvey Brown  gave the defendants and their counsel 10 (ten) days in which to object to the judges Order of Mediation they did not raise objection…….. they have no authority to raise an objection page 2 line 2 of Judges Memorandum and Order. All parties or their representatives with full settlement authority
Duke Amos feigns ignorance of the honorable courts order.

When asked by email if he had a preferred mediator and a date that we could discuss the Courts Order as far as Mediation  Mr Amos has not to date  numerous phone calls and emails. Kevin Fulton has not returned numerous phone calls and emails. See **Exhibit K**

General Counsel Phillip Lee has not responded to emails requesting documentary evidence of the Fulton Law Offices's authority to represent National housing

Development Corporation to no avail.

Petitioners would think that it would be easy enough to provide a retainers agreement redacted within reason, showing the date retained as counsel and their authorization to act as counsel in the cause of action, and styled and captioned as Case No.2012-34954 Daryl Barnes and Demeatrice Goff **V**. National Housing Development Corporation in the *The 129th Judicial District Court , Harris County, Texas*
Likewise the Honorable Judges Memorandum and Order directs all parties to have full settlement authority page 3line1 clearly state *"that all parties or their representative with full settlement authority"* , shall attend the mediation with their counsel. Petitioners do not know if Kevin Fulton is representing himself pro se or not or who actually represents National Housing Development Corporation.

The petitioners (relators) by way of subpoena duces tecum *attached as* **Exhibit L** filed and served upon the defendant and sought production of the evidence showing whether or not Kevin Fulton or anyone associated with his law firm Fulton Law Office LLC else had binding authority, to no avail
KEVIN FULTON AND THE FULTON LAW OFFICE HAS NO AUTHORITY.

With the truth of their legal malfeasance on full display, they will avoid signing any pleading in the honorable court as to furtherance of their scheme at the expense of the petitioners and the honorable court
Bottom line, ,,,,,,,,,relief should be granted when Kevin Fulton or the Fulton Law Office can't prove up any authorization in the form of documentation authorizing him to act as defense counsel and to make binding decisions for National Housing Development Corporation

## REQUEST FOR RELIEF
### Disqualify On Failure To Produce Authority

All premises considered, Barnes/Goff move this court to compel Kevin Fulton. prove up their signature and apparent authority within five days of the signing of this order
If defendants Kevin Fulton and National Housing Development Corporation can't prove up any authorization in the form a legal contract authorizing him to act as defense counsel and to make binding decisions for National Housing Development Corporation petitioners move this court to simply disqualify anyone appearing without signature binding authority.

Further, as may be necessary and in light of the defendants propensity to play loose with the governing rules of the Tex.R.Civ.P and Tex. Civ. Prac. & Rem. Code , petitioners demand that each and every actor moving in any way for defendants in this matter produce signature binding authority

Relators move this court for an order that National Housing Development Corporation also known as National Community Renaissance (National CORE) 9421 Haven Avenue, Rancho Cucamonga, CA 91730 retain counsel with signature binding authority within five days of the signing of the Order.

Daryl Barnes                                          /s/Daryl Barnes
Demeatrice Goff                                     /s/ Demeatrice Goff
7741 James Franklin
Houston, Tx 77088
Email:   dbarnes.humble@gmail.com
Email: dgoff.humble@gmail.com
Phone   (832)988-0403

No. 01-15-00060 - CV

# *In The Court Of Appeals*
# *First District Houston Texas*

Daryl Barnes and Demeatrice Goff
*Appellants,*
**V**
Kevin Fulton And National Housing Development Corporation
*Respondants*

From The 129th Judicial District Court
*Harris County, Texas*
*Case No.2012-34954*

## ORDER

The motion of Petitioners Daryl Barnes , and Demeatrice Goff , for Petitioner's Motion Requesting Defendant National Housing Development Corporation Obtain Counsel with signature binding authority came for hearing before the court on this _____ day of _____, 2015

After full consideration of the evidence submitted by the parties, it appears and the court finds that Daryl Barnes and Demeatrice Goff Petitioners, are entitled to judgment as a matter of law. The Order is **Granted**

It Is Ordered attorney defendant Kevin Fulton and Valex Duke Amos Prove up signature and apparent authority within five days of the signing of this order

It is Ordered that National Housing Development Corporation also known as National Community Renaissance (National CORE) 9421 Haven Avenue, Rancho Cucamonga, CA 91730 retain counsel with signature binding authority within five days of the signing of this Order

It is Ordered that anyone appearing without signature binding authority is disqualified, from acting in the causes of action that is respectively No. 01-15-00060 - CV Daryl Barnes v National Housing Development Corporation and *Case No.2012-34954* Daryl Barnes v National Housing Development Corporation

Further, as may be necessary, It is Ordered that each and every actor moving in any way for defendants in this matter produce signature binding authority

_____

Honorable Judge  Harvey Brown

# In The Court Of Appeals
# First District Houston Texas

Daryl Barnes and Demeatrice Goff
*Appellants,*
**V**
Kevin Fulton and National Housing Development Corporation
*Appellees*

From The 129th Judicial District Court
Harris County, Texas
Case No.2012-34954

**Certificate of Service**

As required by Texas Rule of Appellate Procedure 6.3 and 9.5(b), (d), (e), I certify that I have served this document on all other parties which are listed below on May14th ,2015 as follows:

Defendant Kevin Fulton Attorney for Defendant Kevin Fulton
Valex Duke Amos By fax email ECF

Defendant National Housing Development Corporation
General Counsel Phillip Lee
9421 Haven Avenue
Rancho Cucamonga, CA 91730
Phone: (909) 483-2444
Fax: (909) 483-2448
By Email Fax and ECF

Daryl Barnes                                          /s/Daryl Barnes
Demeatrice Goff                                      /s/ Demeatrice Goff

7741 James Franklin
Houston, Tx 77088
Email:   dbarnes.humble@gmail.com
Email: dgoff.humble@gmail.com
Phone   (832)988-0403